**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TANESHA L.,

                    Plaintiff,                  21 **CIVIL** 7109 (GRJ)

      -against-                  **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                  Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision and Order dated October 3, 2022, the Commissioner is GRANTED judgment on the pleadings and this case is DISMISSED; accordingly, this case is closed.

**Dated:**  New York, New York
           October 3, 2022

                                                              **RUBY J. KRAJICK**

                                                                       Clerk of Court

                                     **BY:**

                                                                            **Deputy Clerk**